UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LINDA SLADE, *Individually and as the* :
*representative of a class of similarly situated* :
*persons*, :
: 24-CV-155 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
THE ROCK AND ROLL HALL OF FAME :
AND MUSEUM, INC., :
:
Defendant. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on January 9, 2024, (Doc. 1), and filed an affidavit of service on January 19, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was March 18, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 22, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 19, 2024
New York, New York

_____
VERNON S. BRODERICK
United States District Judge