UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
LINDA SLADE, *Individually and as the*                 :
*representative of a class of similarly situated*      :
*persons*,                                             :
                                                       :                24-CV-155 (VSB)
                                    Plaintiff,          :
                                                       :                **ORDER**
                    -against-                          :
                                                       :
THE ROCK AND ROLL HALL OF FAME                         :
AND MUSEUM, INC.,                                      :
                                                       :
                                    Defendant.         :
                                                       :
------------------------------------------------------ X


<u>VERNON S. BRODERICK</u>, United States District Judge:

          It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

          ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.

SO ORDERED.

Dated:  March 22, 2024
          New York, New York

                                         _____
                                         Vernon S. Broderick
                                         United States District Judge